# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **GERALD DUNN,**  *Plaintiff,*  v.  **Officer DANIEL FREELAND,**  *Defendant.* | **CIVIL ACTION NO. 3:22-cv-00078-TES-CHW** |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation ("R&R") [Doc. 58] to grant Defendant Daniel Freeland's Motion for Summary Judgment [Doc. 42]. Neither party filed an objection nor sought an extension of time to do so regarding the R&R issued by the Magistrate Judge on April 19, 2024. *See* [Doc. 58, p. 15 (discussing 28 U.S.C. § 636(b)(1))], *in connection with* Fed. R. Civ. P. 6(a)(1) & (d). Having reviewed the R&R for clear error, the Court **ADOPTS** it and **MAKES IT THE ORDER OF THE COURT**. 28 U.S.C. § 636(b)(1)(A). Accordingly, the Court **GRANTS** Defendant Daniel Freeland's Motion for Summary Judgment and **DIRECTS** the Clerk of Court to **ENTER** Judgment accordingly and **CLOSE** this case.

**SO ORDERED**, this 13th day of May, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**